Case: 4:24-cv-00930-JAR   Doc. #: 1-4   Filed: 07/02/24   Page: 1 of 3 PageID #: 15



Sarah Unsicker &lt;unsickersarah@gmail.com&gt;

# eNotice - 15SL-DR06612-02 - (APPL)ERIC A GARLAND V KATHERINE L GARLAND, St Louis County - Circuit Court

2 messages

**Missouri Courts eFiling System** &lt;mocourts.efiling@courts.mo.gov&gt;         Thu, Jun 27, 2024 at 9:48 PM
To: Missouri Courts eFiling Subscriber &lt;mocourts.efiling@courts.mo.gov&gt;
Cc: unsickersarah@gmail.com, "21st Judicial Circuit (St. Louis County)" &lt;slc.efiling@courts.mo.gov&gt;

### ELECTRONIC NOTICE OF ENTRY
(Supreme Court Rule 74.03)
St Louis County - Circuit Court
ST LOUIS COUNTY COURT BUILDING, 105 SOUTH CENTRAL AVENUE, CLAYTON, MO

**CASE NO: 15SL-DR06612-02** - (APPL)ERIC A GARLAND V KATHERINE L GARLAND

TO: Sarah Louise Unsicker / Sarah Louise Unsicker
**YOU ARE NOTIFIED** that the court has made the following entry or entries in the court record:

| Filing Date | Description | Text * | Last Activity |
|---|---|---|---|
| 6/20/24 9:02 AM | Motion to Strike | Motion To Strike; Electronic Filing Certificate of Service. | 6/27/24 1:12 PM |
| 6/20/24 9:02 AM | Notice of Hearing Filed | Notice of Hearing; Electronic Filing Certificate of Service. | 6/27/24 1:12 PM |
| 6/21/24 11:30 AM | Motion for Civil Contempt | Motion for Contempt; Electronic Filing Certificate of Service. | 6/27/24 1:17 PM |
| 6/21/24 11:30 AM | Proposed Order Filed | Order to Show Cause; Electronic Filing Certificate of Service. | 6/27/24 1:17 PM |
| 6/21/24 2:32 PM | Motion to Dismiss | Motion to Dismiss; Electronic Filing Certificate of Service. | 6/27/24 1:20 PM |
| | **Associated Entries** | 6/21/24 2:32 PM - CRIFS/Unredacted Document  CRIF; Motion to Dismiss; Electronic Filing Certificate of Service in associated to Dismiss (motion) filed on 06/21/2024. | |
| 6/21/24 2:32 PM | CRIFS/Unredacted Document | CRIF; Motion to Dismiss; Electronic Filing Certificate of Service in associated to Dismiss (motion) filed on 06/21/2024. | 6/27/24 1:20 PM |
| | **Associated Entries** | 6/21/24 2:32 PM - Motion to Dismiss  Motion to Dismiss; Electronic Filing Certificate of Service. | |
| 6/25/24 9:27 AM | Motion to Strike | Motion to Strike; Electronic Filing Certificate of Service. | 6/27/24 1:24 PM |

7/7/24, 11:59 AM                                      Gmail - eNotice - JSSL-DR06012-02 - (APP)ERIC GARLAND V(A)KATHERINE GARLAND, St Louis County - Circuit Court

Case: 4:24-cv-00930-JAR   Doc. #: 1-4   Filed: 07/02/24   Page: 2 of 3 PageID #: 16

| | | | |
|---|---|---|---|
| 6/25/24 4:21 PM | Motion to Strike | Motion to Strike Betz Pleadings; Exhibit 2; Exhibit 1; Electronic Filing Certificate of Service. | 6/27/24 1:27 PM |
| 6/26/24 9:46 AM | Mot for Temp Restraining Order | Redacted Temporary Restraining Order; Electronic Filing Certificate of Service. | 6/27/24 1:33 PM |
| 6/26/24 9:46 AM | Confid Filing Info Sheet Filed | CRIF Document; Motion for Temporary Restraining Order; Electronic Filing Certificate of Service. | 6/27/24 1:33 PM |
| 6/26/24 9:46 AM | Summ Req-Circuit Pers Serv | Request for Service; Electronic Filing Certificate of Service. | 6/27/24 1:33 PM |
| 6/26/24 9:46 AM | Exhibit Filed | Index of Exhibits; Exhibit 1; Exhibit 2; Exhibit 4; Exhibit 3; Exhibit 5; Electronic Filing Certificate of Service. | 6/27/24 1:33 PM |
| 6/26/24 2:37 PM | Notice of Hearing Filed | Notice of Hearing; Electronic Filing Certificate of Service. | 6/27/24 1:41 PM |
| 6/26/24 1:48 PM | Hearing Scheduled | *None entered at this time* | 6/27/24 1:48 PM |
| | **Scheduled For** | | |
| | 7/1/24 10:00 AM - MEGAN HIGGINS JULIAN ; St Louis County | | |
| 6/27/24 9:12 AM | Mot for Temp Restraining Order | Restraining Order Request; Affidavit; Electronic Filing Certificate of Service in associated to Temporary Restraining Order filed on 06/27/2024. | 6/27/24 2:24 PM |
| | **Associated Entries** | | |
| | 6/27/24 9:12 AM - Mot for Temp Restraining Order  Motion for Injunciton; Petitioners Affidavit Exhibit 1; Electronic Filing Certificate of Service. | | |
| 6/27/24 9:12 AM | Proposed Order Filed | Proposed Order; Electronic Filing Certificate of Service. | 6/27/24 2:24 PM |
| | **Associated Entries** | | |
| | 6/27/24 9:12 AM - Proposed Order Filed  Proposed Order; Electronic Filing Certificate of Service in associated to Order (other) filed on 06/27/2024. | | |
| 6/27/24 9:12 AM | Proposed Order Filed | Proposed Order; Electronic Filing Certificate of Service in associated to Order (other) filed on 06/27/2024. | 6/27/24 2:24 PM |
| | **Associated Entries** | | |
| | 6/27/24 9:12 AM - Proposed Order Filed  Proposed Order; Electronic Filing Certificate of Service. | | |
| 6/27/24 9:12 AM | Note to Clerk eFiling | *None entered at this time* | 6/27/24 2:24 PM |
| 6/27/24 9:12 AM | Notice of Hearing Filed | Notice of Hearing; Electronic Filing Certificate of Service. | 6/27/24 2:24 PM |
| 6/27/24 9:12 AM | Mot for Temp Restraining Order | Motion for Injunciton; Petitioners Affidavit Exhibit 1; Electronic Filing Certificate of Service. | 6/27/24 2:24 PM |
| | **Associated Entries** | | |
| | 6/27/24 9:12 AM - Mot for Temp Restraining Order | | |

7/7/24, 11:59 AM  Gmail - eNotice - 17SL-DR06012-02 - (APP)ERIC A GARLAND V KATHERINE A GARLAND, St Louis County - Circuit Court

Case: 4:24-cv-00939-JAR   Doc. #: 1-4   Filed: 07/08/24   Page: 3 of 3 PageID #: 17

| | | | |
|---|---|---|---|
| | | Restraining Order Request; Affidavit; Electronic Filing Certificate of Service in associated to Temporary Restraining Order filed on 06/27/2024. | |
| 6/27/24 1:04 PM | Motion for Continuance | Motion for Continuance; Electronic Filing Certificate of Service. | 6/27/24 2:26 PM |
| | Associated Entries | | |
| | 6/27/24 4:11 PM - Motion Granted/Sustained MOTION FOR CONTINUANCE SO ORDERED JUDGE MEGAN JULIAN DIV 22 | | |
| 6/27/24 4:11 PM | Motion Granted/Sustained | MOTION FOR CONTINUANCE SO ORDERED JUDGE MEGAN JULIAN DIV 22 | 6/27/24 4:21 PM |
| | Associated Entries | | |
| | 6/27/24 1:04 PM - Motion for Continuance Motion for Continuance; Electronic Filing Certificate of Service. | | |

NOTE: **You MUST be a registered user and logged in to Case.net in order to view the documents.** If the case or document contains confidential information, you may not be able to view the case or document through the links provided. In the event you are unable to view information electronically, the court will provide a paper copy for your records.

* If *"None entered at this time"* displays in the text field, the court has not entered any text on this entry. The first 2000 characters of text is provided in this eNotice. To see additional information about the entry made by the court, see Case.net.

Click to access the Missouri eFiling System.

Click here for Manage My Case.

This e-mail is auto generated. Please do not respond. **If you have a concern with your filing, please contact the** court. If you need technical assistance, please contact the Office of State Courts Administrator Help Desk by e-mail at osca.help.desk@courts.mo.gov or toll-free by phone at at 1(888)541-4894, 7:30 a.m. to 5:00 p.m., Monday through Friday, excluding state holidays.

---

**Missouri Courts eFiling System** <mocourts.efiling@courts.mo.gov>   Thu, Jun 27, 2024 at 9:48 PM
To: Missouri Courts eFiling Subscriber <mocourts.efiling@courts.mo.gov>
Cc: unsickersarah@gmail.com, "21st Judicial Circuit (St. Louis County)" <slc.efiling@courts.mo.gov>

[Quoted text hidden]

📄 **mo-ecf-msg.xml**
25K